UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10343-GAO

ROBERT F. KEESE III,

    Plaintiff

V.

M/V *PANORMOS*, her engines, tackle,
Machinery, appurtenances, apparel and
Freight, etc., *in rem*, and MARMARAS
NAVIGATION, LTD., *in personam*,

    Defendants

### VERIFIED STATEMENT OF RIGHT OR INTEREST

In accordance with Rule C(6)(b) of the Supplement Rules for Certain Admiralty and Maritime Claims, Bantel Shipping Company Ltd. hereby states that it is the owner of the vessel PANORMOS and hereby asserts its right to defend said vessel in this action.

### VERIFICATION

I, Martin Glibbery, Attorney-In-Fact, of Bantel Shipping Company Ltd., hereby state under the penalties of perjury that I have reviewed the foregoing Verified Statement of Right or Interest, that the facts stated therein are true, and that I am authorized to execute this Verified Statement of Right or Interest on behalf of Bantel Shipping Company, Ltd.

BANTEL SHIPPING COMPANY LTD.

By: _____
Name: Martin Glibbery
Title: Attorney-In-Fact

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail by hand on 6/9/05

JOHN J. FINN