UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. KEESE III<br>    Plaintiff<br>v.<br>M/V *PANORMOS*, her engines, tackle, machinery, appurtenances, apparel and freight, etc., *in rem*, and MARMARAS NAVIGATION, LTD., and BANTEL SHIPPING COMPANY, LTD., *in personam*,<br>    Defendants | CIVIL ACTION NO. **05-10343-GAO**<br><br>JOINT MOTION TO CONTINUE STATUS CONFERENCE |

This matter is currently set for a status conference on November 8, 2006. Neither of the parties have previously requested a continuance.

Plaintiff's counsel is to be in Charleston, South Carolina, on November 8, 2006, at the Annual Conference of the American Sail Training Association, of which he is chairman of the board. Defendant's counsel is obliged to appear at a pretrial conference on the same date.

In order to avoid considerable expense and disaccommodation to the parties, they jointly and respectfully urge that the conference now scheduled for November 8, 2006 be continued to a date on or after December 1, 2006, but excluding the following dates on which one or both counsel have existing commitments for trial, hearing, etc.: December 6, December 19, January 4, 17, and 22 - 26.

WHEREFORE the parties urge that the status conference be continued as aforesaid.

| | |
|---|---|
| **M/V *PANORMOS*; MARMARAS NAVIGATION, LTD;** and **BANTEL SHIPPING COMPANY LTD**<br>By their attorneys,<br><br>  /s/ John J. Finn<br>John J. Finn**, BBO# 166060**<br>FINN & FINN<br>34 Chamberlain Street<br>Hopkinton, MA  01748<br>Tel: 508-497-5019; fax: 508-479-5190<br><br>Dated:  October 27, 2006 | ROBERT F. KEESE III<br>By his attorneys,<br><br>  /s/ Michael J. Rauworth<br>Michael J. Rauworth,  BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East — 10th Floor<br>Two Seaport Lane<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5219; fax: 617-217-5200 |