**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT F. KEESE III<br>       Plaintiff<br>v.<br>M/V *PANORMOS*, her engines, tackle, machinery, appurtenances, apparel and freight, etc., *in rem*, and MARMARAS NAVIGATION, LTD., and BANTEL SHIPPING COMPANY, LTD., *in personam*,<br>       Defendants | CIVIL ACTION NO. **05-10343-GAO**<br><br>**ASSENTED-TO MOTION TO CONTINUE MEDIATION** |

This matter is currently set for mediation before Magistrate Judge Sorokin on January 18, 2008. The plaintiff hereby moves that the mediation currently scheduled for that date be continued to a date later in January 2008 or in February 2008.

The plaintiff has a family obligation that will oblige him to be out of state beginning Thursday, January 17, 2008. Returning to Boston for the mediation on the next morning would constitute a hardship.

The defendants have assented to this motion. The parties will consult the clerk for dates available to the Court for rescheduling.

WHEREFORE, the plaintiff urges — with the assent of the defendants — that the mediation be continued as aforesaid.

| | |
|---|---|
| **ROBERT F. KEESE III**<br>By his attorneys,<br><br>  /s/ Michael J. Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East — 10th Floor<br>Two Seaport Lane<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5219; fax: 617-217-5200<br>mrauworth@cetcap.com | **M/V *PANORMOS*; MARMARAS NAVIGATION, LTD; and BANTEL SHIPPING COMPANY LTD**<br>Assented to by their attorneys,<br><br>  /s/ John J. Finn<br>John J. Finn, BBO# 166060<br>FINN & FINN<br>34 Chamberlain Street<br>Hopkinton, MA 01748<br>Tel: 508-497-5019; fax: 508-479-5190<br>Dated: January 16, 2008 |