**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
              Plaintiff(s)

    V.                                       CIVIL ACTION

                                                    NO. _____
_____
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

        SCREENING CONFERENCE        EARLY NEUTRAL EVALUATION
        MEDIATION                                SUMMARY BENCH / JURY TRIAL
        MINI-TRIAL                                SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were    /were not    present in person or by authorized corporate officer [except _____].
    The case was:

[ ]    Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


_____                                   _____
DATE

(ADRReportforpdf.wpd  - 4/12/2000)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEESE
_____
Plaintiff(s)

V.

M/V PANORMOS, ET AL
_____
Defendant(s)

CIVIL ACTION
NO. 05-10343-GAO

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On JULY 11, 2008 I held the following ADR proceeding:

☐ SCREENING CONFERENCE ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

JULY 16, 2008
DATE

LEO T. SOROKIN, U.S.M.J.
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)